IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DAVID BROCK and PEGGY BROCK, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ZURICH AMERICAN INSURANCE )<br>COMPANY, )<br>)<br>Defendant. ) | No. 3:07-CV-318 |

**O R D E R**

For the reasons provided in the memorandum opinion filed contemporaneously with this order, defendant's motions for summary judgment [docs. 13, 16] are **GRANTED**. This civil action is **DISMISSED**.

**IT IS SO ORDERED**.

ENTER:

 s/ Leon Jordan 
United States District Judge