UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

**DAVID BROCK and PEGGY BROCK**,  )
                                   )
            Plaintiffs,      )
                                   )
vs.                                )   Case No. 3:07-CV-318
                                 )
**ZURICH AMERICAN INSURANCE**  )
**COMPANY,**                     )
                                 )
            Defendants.    )

## NOTICE OF APPEAL

Notice is hereby given that David and Peggy Brock, Plaintiffs in the in the above named case,

hereby appeal to the United States Court of Appeals for the Sixth Circuit from Order granting

Defendant's Motion for Summary Judgment entered on July 27, 2009.

Respectfully submitted,

  /s/ Philip O. Watts
Philip O. Watts, OBA #11000
Beverley Q. Watts, OBA #12031
210 Park Avenue, Suite 1110
Oklahoma City, OK 73102
Phone (405) 239-2177
Fax (405) 239-2822

## CERTIFICATE OF ELECTRONIC SERVICE

This is to certify that on the 21st day of August, 2009, a true and correct copy of the above
and foregoing was e-mailed through the Courts ECF electronic filing system to the following:

James Choate
JC@nelsonchoate.com

Susan Dickerson Cox
susan.cox@usdoj.gov

Debra Woods Paull
Debra.Paull@usdoj.gov

June Tyhurst
JUNE.TYHURST@FD.ORG

                        /s/ Philip O. Watts